```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


IN RE: DEBORAH L. SONS            )
                                  )
WELLS FARGO BANK, N.A.,           )
         Creditor,                )
                                  )
    vs.                           ) CASE NO. 08B15776
                                  ) JUDGE JOHN H. SQUIRES
DEBORAH L. SONS,                  )
         Debtor                   )
                                  )
```

**<ins>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</ins>**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of November 15, 2011.

   a. Attorney's Fees                         $250.00

   b. Payments      (November 2011)         $1,878.80

   c. Late Charges                            $610.73

   d. Property Inspection                      $25.00

   e. Suspense                               -$148.65

   Total                                    $2,615.88

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
        Wells Fargo Bank, N.A.

        /s/Toni Dillon
        Toni Dillon
        ARDC#6289370

        Pierce and Associates, P.C.
        1 North Dearborn Street
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088